# Court of Appeals
# of the State of Georgia

ATLANTA, July 21, 2026

*The Court of Appeals hereby passes the following order:*

## A27E0001. NICHOLE DAVIS v. PERNELL PORTS SR.

Appellant Nichole Davis has filed an emergency motion in this Court, which includes her enumerations of error, motion for stay of eviction, motion for supersedeas, motion to supplement the record, and motion to recuse. Our power to issue emergency orders "shall be exercised sparingly." Court of Appeals Rule 40(b). Upon review of Davis' motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/21/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*